In the United States District Court
For the District of South Carolina
Florence Division

United States of America
  Petitioner,

v

Melanie Kelley
  Non Prisoner
  Respondent
AKA Melanie Enterprises

Miscellaneous No.
4:13-MC-126-RBH

FILE COPY
CONFIDENTIAL

Respondent/Answer to Petition

To Answer the Petition I have already filed cases in the past six to seven years that were rejected by this same Judge Harwell. Petitioner Respondent ask that the Judge be recused from this case. And warrants be issued to subpoena to submit documents and testify at hearing. Ms Sherrod was called and told in person that other IRS centers had information.

I am tired of these lies Ms Sherrod told me same thing that came from Utah, Tennessee, Georgia, Ohio, Oregon, Pennsylvanian, and ect... they need to do some research. My life and my family life is not for her or anyone esle research. I told I wanted these so called ones she talked to about me subpoena, warrants issued, arrested made of these ones who said I was not 501(c)(3), Native American Indian Cherokee, and a Veteran before me in a court of law. These false accusation has cost me time, money,

-1-

my disability (SSI, DVB, + Retirement) payments, medical care, + ect... She was the one and I quote "notifying all agencies of this levy", her words not mine.

Wherefore Non Prisoner Respondent ask for the following:

(1) This Conspiracy Revealed [all of it] and warrants issued and arrests made

(2) All payments asked for in formal cases paid in full

(3) And a Hundred fold payment made of all items lost or need to be replaced ect... [my tithes, church, bibles, prayer books, house, trucks + cars, clothes, + ect..]

(4) Medical care restored for me and my family

I so certify that all information was given to Ms. Sherrod and the courts now and before.

Kelley, Sister Nun
(Signature)
Non Prisoner Respondent

5-18-13
Date

FILE COPY
CONFIDENTIAL

I do not care if they have to walk, crawl, or ride a bike cycle no car, no bus. no one is to give them a ride. Check the satellite I had to walk or ride a bicycle (old) not new and carry they court items. Weather the mother, farther, son, daughter, or any other family members die they are to still show up to court <u>no excuse</u>. Check Marlbrogh County I <u>still</u> show up to court after my son was killed. I am tired of all they lies the court did not care. <u>SAME TREATMENT For ALL</u>.

I so certify
Sister M. Killey Nun